**Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 16, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-01018-CV

---

### IN RE ELYSE GRUBB, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law No. 2**
**Galveston County, Texas**
**Trial Court Cause No. 11FD16990**

---

## MEMORANDUM OPINION

On December 8, 2015, relator Elyse Grubb filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Barbara Roberts, presiding judge of County Court at Law No. 2 of Galveston

County, to vacate her December 3, 2015 ex parte restraining order in the underlying suit affecting the parent-child relationship.

Relator has not shown that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's motion for temporary relief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Wise.